1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELLONE PROFESSIONAL CENTER LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 8:19-cv-02479-JLS (KESx)<br><br>**JUDGMENT** |

1  On January 18, 2022, the Court granted the motions for summary judgment filed
2  by defendants Allstate Insurance Company and The Hartford Steam Boiler Inspection
3  and Insurance Company. (*See* Doc. 76.) The Court hereby **ENTERS JUDGMENT** in
4  favor of defendants Allstate Insurance Company and The Hartford Steam Boiler
5  Inspection and Insurance Company, and against plaintiff Tellone Professional Center,
6  LLC. The plaintiff shall take nothing, the action is dismissed on the merits and the
7  defendants may recover their costs.

Dated: January 28, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE